UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MAD
x9290
TJM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>Valentin MEJIA-Garcia,<br><br>           Defendant. | Magistrate Docket No. **21-MJ-2127**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 18 U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |

The undersigned complainant being, duly sworn, states:

On or about May 26, 2021, within the Southern District of California, defendant Valentin MEJIA-Garcia, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18 United States Code, Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol Agent, while the Officer was engaged in the performance of his official duties, such acts involving physical contact with the Officer; in violation of Title 18, United States Code, Section 111(a)(1) a felony.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MAY 27, 2021.

HON. MICHAEL S. BERG
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Valentin MEJIA-Garcia,

## PROBABLE CAUSE STATEMENT

The complainant states that Alberto DE LA CRUZ-Gonzalez and Rodrigo PINEDO-Ortega, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 26, 2021, Acting Supervisory Border Patrol Agent I. Solis, was conducting his assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 3:46 PM, Acting Supervisory Border Patrol Agent E. Hernandez responded to a seismic intrusion device in an area known to Border Patrol agents as "White Bridge." Agent Hernandez, while using her binoculars, notified agents of eight individuals she observed walking north and hiding in a bush. Agent Solis responded to the area and observed two individuals run south from the bush. This area is approximately four miles east of the Otay Mesa, California Port of Entry and approximately five miles north of the United States/Mexico International Boundary. Agent Solis approached the brush and observed six individuals laying in the bush attempting to conceal themselves. Agent Solis then observed two more individuals get up and run away. Agent Solis commanded one of the individuals to exit the bush. The individual, later identified as defendant Valentin MEJIA-Garcia, did not obey commands. Agent Solis reached down and grabbed MEJIA by his right wrist to assist him out of the bush.

At this point Agent Solis observed MEJIA get tense, while pulling away from him and walking backwards. Then MEJIA raised his left hand with a closed fist and struck Agent Solis' left wrist. The impact broke the grasp Agent Solis had on MEJIA. MEJIA then dropped his backpack, widened his shoulders, closed both fist, and raised them above his waist with a bladed fighting stance. MEJIA took a couple of steps toward Agent Solis, stopped, and made an aggressive flinching movement towards him. Agent Solis quickly grabbed MEJIA by his right shoulder, performed a leg sweep and was able to get MEJIA to the ground. Agent Solis placed MEJIA face down on the ground and grabbed control of his left hand by putting handcuffs on it. Agent Solis then asked for the right hand, which MEJIA did not give him. Agent Solis was able to get control of MEJIA's right hand and place it in handcuffs. At approximately 3:50 PM, Agent Solis placed MEJIA under arrest.

At the Station, Material Witnesses Alberto DE LA CRUZ-Gonzalez and Rodrigo PINEDO-Ortega admitted to being citizens of Mexico illegally present in the United States and not having any immigration documents allowing them to enter or remain in the United States

**CONTINUATION OF COMPLAINT:**
Valentin MEJIA-Garcia,

legally. DE LA CRUZ and PINEDO further admitted to making smuggling arrangements and agreed to pay $8,000 USD.  DE LA CRUZ and PINEDO stated that when they were approached by Border Patrol Agent Solis, Agent Solis gave the group commands: "Don't move", "don't run." DE LA CRUZ and PINEDO stated that MEJIA ran to evade apprehension, and Agent Solis ran after MEJIA. DE LA CRUZ and PINEDO stated that an altercation ensued once Agent Solis caught up to MEJIA. DE LA CRUZ stated that Agent Solis grabbed MEJIA by the arm and then MEJIA pulled his arm away from the agent.  PINEDO stated that the foot guide of the group, later identified as the defendant Valentin MEJIA-Garcia, introducedhimself to him as the foot guide.